IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| DERRELL LEWIS, | ) |
|     Petitioner, | ) |
| v. | )    CV 305-146 |
| FREDERICK HEAD, Warden, | ) |
|     Respondent. | ) |

### ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, the motion to proceed *in forma pauperis* is **MOOT**, and this case is **DISMISSED** and shall be **CLOSED**.

SO ORDERED this 4 day of January, 2006.

JOHN F. NANGLE, JUDGE
UNITED STATES DISTRICT COURT